1  Stuart B. Wolfe (SBN 156471)
   sbwolfe@wolfewyman.com
2  Marcus T. Brown (SBN 255662)
   mtbrown@wolfewyman.com
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 645
4  Walnut Creek, California 94596-3502
   Telephone:  (925) 280-0004
5  Facsimile:  (925) 280-0005

6  Attorneys for Defendant
   PNC BANK, NATIONAL ASSOCIATION
7  (named as "PNC Mortgage")

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO

| | |
|---|---|
| MAVIS FELICIEN,<br><br>    Plaintiff,<br><br>v.<br><br>PNC MORTGAGE & WELLS FARGO,<br><br>    Defendants. | Case No.  3:11-cv-02388 EMC<br><br>**DEFENDANTS' STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC<br>Date:   March 9, 2012<br>Time:   9:00 a.m.<br>Place:  Courtroom 5, 17th Floor<br><br>Hon. Edward M. Chen |

   Defendants PNC BANK, N.A., (named as "PNC Mortgage") and WELLS FARGO BANK, N.A., (erroneously sued as "Wells Fargo") (collectively, "Defendants") and hereby stipulate as follows and respectfully request that the court enter the proposed order set forth below.

   WHEREAS, the court's initial case management conference is scheduled to occur on March 9, 2012;

   WHEREAS, Defendants' motions to dismiss the third amended complaint by Plaintiff MAVIS FELICIEN ("Felicien") will be heard on April 20, 2012;

   WHEREAS, Defendants' attorneys have not received any communication from Felicien with regard to the upcoming case management conference or the related meet-and-confer process, even after Defendants' attorneys (through PNC's counsel) attempted to reach Felicien in this regard by

1  phone and mail; and

2  WHEREAS, because the case is not at issue and the motions to dismiss may dispose of the
3  entire case, the case will not be ready scheduling or other case management by March 9, 2012, and it
4  would be inefficient in terms of time and expense to proceed with the conference at that time,

5  NOW, THEREFORE, Defendants stipulate and agree that:

6  1. The court's initial case management conference, currently scheduled for March 9,
7  2012, shall be continued to June 8, 2012, or the next date thereafter that is available to the court;

8  IT IS SO STIPULATED.

10  DATED: 03/02/2012               WOLFE & WYMAN LLP

                                    By: _____
                                        STUART B. WOLFE
                                        MARCUS T. BROWN
                                    Attorneys for Defendant
                                    **PNC BANK, NATIONAL ASSOCIATION**
                                    **(named as "PNC Mortgage")**

16  DATED: 3/2/12                   SEVERSON AND WERSON

                                    By: _____
                                        MARK D. LONERGAN, ESQ.
                                        EDWARD R. BUELL, III, ESQ.
                                        IAN J. DA CUNHA, ESQ.
                                    Attorneys for Defendant
                                    **WELLS FARGO BANK, N.A.**

## ORDER

Based on the foregoing stipulation and good cause appearing, the court ORDERS that:

1. The court's initial case management conference, currently scheduled for March 9, 2012, shall be continued to June 8, 2012, and

2. All deadlines in the court's ADR/initial scheduling order shall be continued relative to the new case management conference date.

IT IS SO ORDERED.

DATED: 3/6/12



Judge Edward M. Chen